In The Court Of Appeals
Twelfth Court Of Appeals District

FILED IN COURT OF APPEALS
12th Court of Appeals District
OCT 16 2015
TYLER TEXAS
PAM ESTES, CLERK

In Re: Donald Adkins

Original Proceeding
Case # 12-15-00180-CR

---

Relator's Petitioning Motion to show cause why this Court should grant Relator's Petition for Mandamus by way of Leave of Court.

---

I

On July 13, 2015, Relator filed a Petition for a Writ of Mandamus in the above captioned case, on or about August 24, 2015...This Honorable Court has requested that the Respondent and/or any real party in interest respond to Relator's petition and deliver such response to this Court on or before "September 3, 2015"!

On or about September 28, 2015, Relator requested by mail an updated Docket Sheet on the Above Referenced Case and the Clerk of this Court Obliged on October 5, 2015.

II.

The Relator, sets forth that the respondent(s) have not responded to this Court's request made on or about August 24, 2015.

The Respondent(s) have not requested a Continuous.

The Respondent(s) have not filed any timely objections to Relator's Mandamus, as directed by this Honorable Court, on August 24, 2015 (See # 1)

III.

The Relator has provided within his Writ of Mandamus his Constitution rights have been violated and are to this day continuing to be violated. The right to speedy trial is set in stone by the forefathers and is upheld upto the highest Court of the land.

This Relator, has a right to have his constitutional rights upheld and his Petition for Writ of Mandamus to be granted.

1.

## IV.
## Memorandum in Support

The 6th Amendment guarantees that in all criminal prosecutions, the accused shall enjoy the right to a speedy trial.

This right "attaches" at the time of arrest or Indictment whichever comes first and, continues until the date of trial. See: U.S. -V- Garcia 995 F2d 556, 560 5th Circ 1993.

The court in Knox -V- State 934 SW 2d 678, 681 , stated that "8 month delay is generally sufficant to trigger Speedy Trial...claim...

The court in Barker -V- Wango 407 U.S. 514; 92 S. Ct 2182 set forth a 4 prong analysis to determine a constitutional speedy trial claim. There is no doubt that the Relator's rights have been violated and ignored.

## V.

## Prayer for Relief

The Relator, Donald Adkins, in pro-se, comes before this Honorable Court within this Petitioning motion to show why this court should grant the Relator's Petition for Mandamus without scrutiny and set forth an "Order" to force the Respondent(s) to comply and adhere to the mandates set forth by the Constitution in the Promise of Due Process and a fast and speedy trial and, dismiss with prejudice all counts held against the Relator, being so-called: complaint, warrant, indictment -et-cetra...

It is so prayed!

Respectfully Submitted,

Donald Adkins, Pro-se
Relator
Ramsey I Unit
1100 F.M. 655
Rosharon, Texas    77583

Certificate of Service

I do hereby certify that a complete copy of the forgoing "Relator's Show of Cause to grant Mandamus by Leave of Court", was sent via U.S. Mail to:

Charles R. Mitchell
273rd District Court, Sabine County
200 San Augustine Street
Center, Texas  75935

Mailed this 14 day of October, 2015.

Respectfully Submitted,

*Donald Adkins*

Donald Adkins, Pro-se
# 1792685
Ramsey I Unit
1100 F.M. 655
Rosharon, Texas  77583

3.